# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADLEAN FRANCIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 13-cv-01482 NC<br><br>**ORDER DENYING WELLS FARGO'S MOTION TO DISMISS COMPLAINT AS MOOT; STRIKING FIRST AMENDED COMPLAINT; AND GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 10, 13 |

　　　Defendant Wells Fargo Bank moved to dismiss pro se plaintiff Adlean Francis's complaint on April 10, 2013. On May 6, 2013, Francis filed a document titled "PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF." Plaintiff's "Objection" states on page two that plaintiff will submit a First Amended Complaint "providing a summary analysis of the following facts and matters." Twenty-two pages of allegations and objections follow. In a concluding section on page twenty-three titled "PRAYER" the Objection states that "plaintiff restates prayers in the First Amended Complaint . . ."

The Court interprets that plaintiff's filing is intended to set forth a First Amended Complaint. The Court finds that the First Amended Complaint is timely, as under Federal Rule of Civil Procedure 15 a party may amend its pleading once as a matter of course within twenty-one days after service of a motion to dismiss. Here, three extra days are added by operation of Rule of Civil Procedure 6(d). As a result, May 6 was the last day that plaintiff could amend the complaint without leave of court.

An amended complaint supersedes the original complaint and renders it of no legal effect. *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011). Accordingly, the Court DENIES Wells Fargo's motion to dismiss the complaint as moot and VACATES the May 22 hearing.

The First Amended Complaint, however, fails to follow numerous basic pleading rules from the Federal Rules of Civil Procedure:

- Rule 8(a): complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief."
- Rule 9(b): in alleging fraud or mistake, a party "must state with particularity the circumstances constituting fraud or mistake."
- Rule 10(b): requires a party to state its claims in numbered paragraphs, each limited as far as practicable to a single set of circumstances.

Under Rule 12(f)(1), the Court may on its own strike any redundant or immaterial matter. Here, the Court STRIKES the First Amended Complaint for failure to follow the pleading rules. Plaintiff may file a Second Amended Complaint by May 29, 2013. The Second Amended Complaint must comply with the pleading rules of the Federal Rules of Civil Procedure.

For guidance, plaintiff may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants

//

Case No. 13-cv-01482 NC
ORDER STRIKING FIRST
AMENDED COMPLAINT

2

1 | in civil cases.  The Legal Help Center requires an appointment, which can be made by
2 | calling (415) 782-9000 x8657.
3 |       IT IS SO ORDERED.

DATE: May 7, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-01482 NC
ORDER STRIKING FIRST
AMENDED COMPLAINT

3