UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADLEAN FRANCIS, | Case No. 13-cv-01482 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

On June 14, 2013, Wells Fargo moved to dismiss all claims in the second amended complaint filed by Francis. Dkt. Nos. 20, 22. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the Court within fourteen days. Civ. L.R. 7-3(b). Where, as in this case, the motion was not served through the Court's Electronic Case Filing (ECF) system, *see* Dkt. No. 20 at 13, these deadlines are extended by 3 days. Civ. L.R. 7-3(a). Accordingly, Francis's response to Wells Fargo's motion was due by July 1, 2013. Francis has not filed a response. The notice of unavailability filed by Francis, Dkt. No. 19, is for the period from July 1 through July 14, 2013, and does not explain the failure to file a response to the motion to dismiss. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*,

Case No. 13-cv-01482 NC
ORDER TO SHOW CAUSE

46 F.3d 52, 53 (9th Cir. 1995). Accordingly, Francis has until July 19, 2013 to oppose Wells Fargo's motion to dismiss (or file a statement of nonopposition) and to show cause why this action should not be dismissed. Francis's failure to respond will result in dismissal of this case with prejudice.

IT IS SO ORDERED.

Date: July 11, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge