UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADLEAN FRANCIS, | Case No. 13-cv-01482 NC |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | Re: Dkt. No. 26 |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

On June 14, 2013, Wells Fargo moved to dismiss all claims in the second amended complaint filed by Francis. Dkt. Nos. 20, 22. When Francis failed to respond to Wells Fargo's motion by the July 1, 2013 deadline as required by the local rules, the Court issued an order giving Francis until July 19, 2013 to file an opposition or a statement of nonopposition, and to show cause why this action should not be dismissed. Dkt. No. 26. The order explained that Francis's failure to respond will result in dismissal of this case with prejudice. *Id.* Francis has not responded to the motion to dismiss or the Court's order to show cause. Accordingly, the Court dismisses this case with prejudice. The parties have consented to the jurisdiction of a United States Magistrate Judge under 28 U.S.C. § 636(c). Dkt. Nos. 12, 16.

//

Case No. 13-cv-01482 NC
ORDER DISMISSING CASE

1   The hearing on the motion to dismiss set for July 24, 2013 is vacated.

2   The clerk is ordered to terminate case No. 13-cv-01482 NC.

3   IT IS SO ORDERED.

4   Date: July 23, 2013

                                              Nathanael M. Cousins
5                                                 United States Magistrate Judge

Case No. 13-cv-01482 NC
ORDER DISMISSING CASE            2